■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH ANDERSON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered March 11, 1983, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We have reviewed the record and find that the defendant was adequately represented by assigned counsel throughout the proceedings. We further find that the defendant was properly

sentenced as a second felony offender. Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.